Louis SHEARS, Appellant,

v.

HOSPITAL LINEN SERVICES, INC., Respondent.

No. WD 47590.

Missouri Court of Appeals, Western District.

March 8, 1994.

Stanley L. Wiles, Kansas City, for appellant.

Robert A. Mintz, Wallace, Saunders, Austin, Brown and Enochs, Chartered, Kansas City, for respondent.

Before KENNEDY, P.J., and ULRICH and SPINDEN, JJ.

## *ORDER*

PER CURIAM:

Louis Shears appeals the summary judgment in favor of Hospital Linen Services, Inc., on his petition alleging that he sustained injury as a result of a defective cart provided Mr. Shears' employer and used by Mr. Shears during the course of his employment. The judgment is affirmed. Rule 84.16(b).